UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PATRICK ANTHONY RIBBING,

    Plaintiff,

v.                                                           Case No. 3:19cv-437-LC-HTC

STATE OF FLORIDA, et al.,

    Defendants.

_____/

REPORT AND RECOMMENDATION

On March 6, 2019, the Court entered an order (ECF Doc. 6) noting Plaintiff's motion to proceed *in forma pauperis* was deficient. The Court directed the clerk to send Plaintiff a complete set of forms needed to file a motion to proceed *in forma pauperis* and allowed Plaintiff thirty (30) days in which to either file a complete motion to proceed *in forma pauperis* or pay the $400 filing fee. The Court advised Plaintiff that failure to comply with the order as instructed would result in a recommendation that the case be dismissed for failure to prosecute or failure to comply with an order of the Court.

That order and two prior orders (ECF Docs. 3 and 5) were returned as undeliverable with notations the mail could not be forwarded. *See* ECF Docs. 7-9. The undersigned thus entered an order noting Plaintiff had not contacted the Court

or provided a current mailing address but had filed yet another action, *Liner-Ribbing v. Fla., et al.*, 3:19cv547-MCR-HTC, listing a new address, 6119 Richard Avenue, Slidell, LA 70345. The undersigned directed Plaintiff to update his address in this case within seven (7) days and comply with the orders previously entered. The undersigned also directed the clerk to send copies of the orders to Plaintiff at the address indicated above and allowed Plaintiff seven (7) days in which to comply with the March 6 Order (ECF Doc. 9). Finally, the undersigned advised that failure to comply with the order would result in a recommendation, without further notice, that the case be dismissed for failure to prosecute or failure to comply with orders of the Court.

The mail sent to Plaintiff at the address indicated above was returned as undeliverable. Based on the Court's inability to contact Plaintiff, the issuance of any further orders would be futile.

Accordingly, it is respectfully RECOMMENDED:

1. That Plaintiff's complaint (ECF Doc. 1) be DISMISSED WITHOUT PREJUDICE for Plaintiff's failure to keep the Court apprised of his mailing address, to pay the filing fee or to file a compliant motion for leave to proceed *in forma pauperis*.

2. That the clerk be directed to close the file.

At Pensacola, Florida, this 2nd day of May, 2019.

*/s/ Hope Thai Cannon*
**HOPE THAI CANNON**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations may be filed within fourteen (14) days after being served a copy thereof.  Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.  A copy of objections shall be served upon the magistrate judge and all other parties.  A party failing to object to a magistrate judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.** *See* **U.S. Ct. of App. 11th Cir. Rule 3-1; 28 U.S.C. § 636.**

Case No. 3:19cv437-LC-HTC