# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**PATRICK ANTHONY RIBBING,**

    **Plaintiff,**

**v.**                                               **Case No. 3:19cv-437-LC-HTC**

**STATE OF FLORIDA, et al.,**

    **Defendants.**

_____/

## **ORDER**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated May 2, 2019 (ECF Doc. 12). Several efforts have been made to multiple addresses to furnish Plaintiff a copy of the Report and Recommendation and afford him an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). All mailings have been returned as undeliverable. No objections have been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is now ORDERED as follows:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

Case No. 3:19cv437-LC-HTC

2. Plaintiff's complaint (ECF Doc. 1) is DISMISSED WITHOUT PREJUDICE for Plaintiff's failure to keep the court apprised of his mailing address.

3. The clerk shall close the file.

DONE AND ORDERED this 28th day of May, 2019.

                     *s/L.A. Collier*
                     LACEY A. COLLIER
                     SENIOR UNITED STATES DISTRICT JUDGE